Bradley R. Nelson
123 Central Avenue
Ayer, MA 01432
nelsonwoodworking123@gmail.com
(617) 416-5345

FILED IN CLERK'S OFFICE

SEP 19 '25 AM4:10 USDC MA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (Worchester)

|  |  |
|---|---|
| BRADLEY R. NELSON ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WELLS FARGO BANK, N.A. ) <br> ) <br> Defendant. ) <br> ) | Case No: |

## LIS PENDENS

### PLAINTIFF'S NOTICE OF LIS PENDENS

TO: The above named party and ALL OTHERS TO WHOM IT MAY CONCERN:

YOU ARE NOTIFIED of the institution of a Complaint and a Temporary Restraining Order by Plaintiff Bradley R. Nelson, seeking to cancel a nonjudicial sale scheduled for September 29, 2025.

The property involved is that certain parcel, lot or unit situated, lying in Middlesex County, MA, as set forth below.

**Tax Parcel #:** 115-30-0

**Street Address:** 65 Lovers Lane, Groton, MA 1450

**Legal Description:** A certain tract of land on the Westerly side of Lovers Lane in Groton, Middlesex County, MA, being shown as Lot 5, containing approximately 2.03 acres, more or less, and more particularly described on a plan of land entitled "land in Groton, MASS., surveyed for Kevin Saaristo, scale based 1"=100' dated June, 1994" by David E. Ross Associates, Inc., Civil Engineers, and Recorded with Middlesex South District Registry of Deeds Book 24735 Page 390. Subject to a declaration of Easements

1

for Phil and Grady, dated October 23, 1997 and recorded with said Deeds in Book 17796 Page 330

Dated: September 19, 2025

Respectfully submitted,

Bradley R. Nelson
123 Central Avenue
Ayer, MA 01432
nelsonwoodworking123@gmail.com
(617) 416-5345

CERTIFICATE OF SERVICE

I hereby certify that on this date, by over night service, I caused a true copy of the foregoing *Lis Pendens* was sent to:

WELLS FARGO BANK, NA.
Charles W. Scharf  Chief Executive Officer and/or
Tim Billerbeck Operations in Sioux Falls, SD
101 North Phillips Ave
Sioux Falls, SD  57104

Dated: 9-19-25

Bradley R. Nelson