# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| BRADLEY R. NELSON | ) | FILED IN CLERK'S OFFICE |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. SEP 23 '25 AM8:42 USDC MA |
| WELLS FARGO BANK, N. A. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        WELLS FARGO BANK, N. A.
        CEO Charles Scharf,
        101 NORTH PHILLIPS AVENUE,
        SIOUX FALLS, SD, 57104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Bradley R. Nelson
    123 Central Avenue
    Ayer, MA 01432
    nelsonwoodworking123@gmail.com
    (617) 416-5345

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
                                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHARLES SCHARF CEO/PRESIDENT
was received by me on *(date)* 9-22-25 . WELLS FARGO BANK NA

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VERNE'S OTATAGIC , who is
designated by law to accept service of process on behalf of *(name of organization)* CHARLES SCHARF
WELLS FARGO BANK NA on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 2/1.00 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                *Server's signature*

                           _____
                           *Printed name and title*

                           _____
                           *Server's address*

Additional information regarding attempted service, etc:



BRADLEY R. NELSON
VS
WELLS FARGO BANK NA
CIVIL ACTION NO: 25-12688
EMAIL CONFIRMATION OF
PROOF OF SERVICE

From: WSP Server <DBSServer@dbsinfo.net> on behalf of Action Legal Process <NoReply@LocalProcess.com>
Sent: Monday, September 22, 2025 2:19 PM

Cc: Action Legal Process <NoReply@LocalProcess.com>
Subject: RTI Status on KN 2122 (WELLS FARGO BANK, N.A.)

To: Expert Solution Products

This is an automated message relating to:

Our Job Number: 2025037105
Your Reference Number: KN 2122
Party To Be Served: WELLS FARGO BANK, N.A.
Documents To Be Served: SUMMONS, COMPLAINT, TRO, AFFIDAVIT, EXHIBITS
Case Info: Massachusetts
Case Style: Bradley R. Nelson vs. WELLS FARGO BANK, N.A.

Original Service Address: WELLS FARGO BANK, N.A., 1801 S Minnesota Ave, Sioux Falls, SD 57105

Status Update for WELLS FARGO BANK, N.A., 1801 S Minnesota Ave, Sioux Falls, SD 57105

Latest Status: 9/22/2025 1:16 pm Corporate service at 1801 S Minnesota Ave, Sioux Falls, SD 57105. Verne's Otajagic Branch manager.

Thank you,
Action Legal Process
NoReply@LocalProcess.com
Phone: (888) 511-1919

More detailed status is available at www.LocalProcess.com